```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  CAZE D. THOMAS,                                           :
                                                            :
                              Plaintiff                     :
                                                            :       24-CV-2222 (VSB)
                  -against-                                 :
                                                            :            ORDER
  UNIVERSAL MUSIC GROUP and JUSTIN                          :
  BIEBER,                                                   :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

This is a copyright infringement action filed by pro se Plaintiff Caze D. Thomas involving two consolidated cases: Case No. 23-CV-10013 and Case No. 24-CV-2222. (*See* Doc. 5.)[1]

On August 23, 2024, Plaintiff filed a notice of voluntary dismissal and listed Case No. 23-CV-10013 as the case that is being voluntarily dismissed. (Case No. 23-CV-10013, Doc. 26.) On September 12, 2024, Defendants in that case submitted a letter requesting that the dismissal be "with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(B)." (Case No. 23-CV-10013, Doc. 27 at 1.) On November 21, 2024, I issued an Opinion & Order denying those Defendants' request because a notice of dismissal under Rule 41(a)(1)(A)(i) does not require any court action. (Case No. 23-CV-10013, Doc. 28.) In that Opinion & Order, I respectfully directed the Clerk of Court to close only case No. 23-CV-10013. (*Id.* at 5.)

---

[1] Unless otherwise noted, all record citations refer to case No. 24-CV-2222.

2

This action, Case No. 24-CV-2222, is still active. There is no indication that Plaintiff here also voluntarily dismissed this case. Defendants have not answered or otherwise responded to this complaint. Plaintiff, however, has taken no action to prosecute this case.

Accordingly, it is hereby:

ORDERED that the parties meet and confer to discuss a briefing schedule for Defendants' answer, motion to dismiss, or other response to the complaint. The parties are to submit a joint letter to the Court on or before January 10, 2025 providing a status update and/or briefing schedule.

The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Plaintiff.

SO ORDERED.

Dated:   December 11, 2024
         New York, New York

_____
Vernon S. Broderick
United States District Judge